IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GE CAPITAL COMMERCIAL INC., GENERAL ELECTRIC CAPITAL CORPORATION, and GE CAPITAL FINANCIAL INC., | § § § § § § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. **3:09-CV-572-L** |
| | § | |
| WORTHINGTON NATIONAL BANK, | § § | |
| Defendant. | § | |

# ORDER

Before the court is Defendant Worthington National Bank's ("Defendant") Objections to Plaintiffs' Untimely Bill of Costs and Motion to Review the Clerk's Improper Taxation of Costs (Doc. 347), filed February 11, 2013. Defendant's Objections and Motion were referred to Magistrate Judge Irma C. Ramirez on February 14, 2013. The magistrate judge entered Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") on August 12, 2013, recommending that the court (1) overrule Defendant's objection to Plaintiffs' bill of costs on the basis of untimeliness; (2) sustain Defendant's objection to Plaintiffs' claim for service of process fees; (3) grant Defendant's Motion to Review the Clerk's Improper Taxation of Costs; and (4) reduce the amount of taxable costs. No objections to this report were filed.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court **accepts** the magistrate judge's findings and conclusions as those of the court. Accordingly, the court **overrules** Defendant's objection to Plaintiffs' bill of costs; **sustains** Defendant's objection to Plaintiffs' claim for service of process fees; **grants** Defendant's

Motion to Review the Clerk's Improper Taxation of Costs; and **orders** the Clerk of Court to reduce the amount of taxable costs by $1,802.00, for a total of **$23,038.25**.

    **It is so ordered** this 24th day of February, 2014.

                                                   */s/ Sam A. Lindsay*
                                                   Sam A. Lindsay
                                                   United States District Judge